# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

HERMALINDA HERRERA AND
WENDY OCHOA                                                                                    PLAINTIFFS

v.                                                                          Cause No. 3:15cv203-HTW-LRA

SALBADOR DELGADO, M.T. POULTRY, INC.
A/K/A/ P.H. FOOD, INC., LEYAN FOOD, LLC, PMI SERVICES, LLC
DBA PMI RESOURCE, SOUTHERN KNIGHTS INDUSTRIAL
SERVICES, LLC AND ET AL                                                                     DEFENDANTS

## FINAL JUDGMENT

This matter is before the Court as a result of the parties' settlement, and on their joint motion (Doc. 213) for the Court's approval of the terms of their settlement of the Fair Labor Standards Act claims asserted in this action, which the assigned U.S. Magistrate Judge has recommended (Doc. 214). The Court hereby adopts that Report and Recommendation, grants the parties' joint motion for settlement approval (Doc. 213), and orders, adjudges and decrees that this matter is dismissed entirely, with prejudice, each party to bear only his, her or its own costs, fees and other expenses incurred in the action.

SO ORDERED AND ADJUDGED, this the 3rd day of May, 2017.


                                                      s/ HENRY T. WINGATE_____
                                                      UNITED STATES DISTRICT COURT JUDGE